B1 (Official Form 1) (4/10)

## UNITED STATES BANKRUPTCY COURT

**VOLUNTARY PETITION**

| Name of Debtor (if individual, enter Last, First, Middle): Mercer, Mark Donlon | Name of Joint Debtor (Spouse) (Last, First, Middle): n/a |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): n/a | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): n/a |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): xxx-xx-5496 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): 977 Indian Terrace Rockford, IL 61103  ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State): n/a  ZIP CODE |
| County of Residence or of the Principal Place of Business: Winnebago | County of Residence or of the Principal Place of Business: n/a |
| Mailing Address of Debtor (if different from street address): P.O. Box 4003 Rockford, IL 61110  ZIP CODE | Mailing Address of Joint Debtor (if different from street address): n/a  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor** (Form of Organization) (Check one box.)
- [X] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [X] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [X] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [X] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
| [X] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [X] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [X] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | n/a | Case Number: | n/a | Date Filed: | n/a |
|---|---|---|---|---|---|
| Location Where Filed: | n/a | Case Number: | n/a | Date Filed: | n/a |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: | n/a | Case Number: | n/a | Date Filed: | n/a |
|---|---|---|---|---|---|
| District: | n/a | | Relationship: n/a | Judge: | n/a |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _/s/ M.J. Men_   8-24-10
Signature of Attorney for Debtor(s)   (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property** n/a
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor
(815) 923-3400
Telephone Number (if not represented by attorney)
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)

Firm Name

Address

Telephone Number

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# List of Creditors

Angela Parmello
American Servicing Co.
Chase Bank Co.
BAC Home Loans Servicing
GMAC Mortgage
American Servicing
Alpine Bank
Capital One
Pier One
Green Tree
Exxon Mobile
Shell Oil
Real Time Resultions



### Experian
*A world of insight*

# U.S. Credit Profile Report

Mercer, Mark 331885498;CA-977 Indian Terrace/61103;RM-3;RM-F;

## Applicant

08/26/2010-03:08:24 PM

### Personal Information

| Best Name | Other Name(s) | |
|---|---|---|
| MARK D MERCER | MARK D MERCER JR | |

| Best Social Security number | Other Social Security number(s) | Date of Birth |
|---|---|---|
| ****-**-5498 | | 12/03/1966 |

| Best Address | Other Address(es) | |
|---|---|---|
| *PO BOX 4003<br>ROCKFORD, IL 61110-0503<br>Reported 06/21/2002 to 08/12/2010; 1 times; last subscriber 3991552 by Update<br>*Does not match Inquiry | 977 INDIAN TER<br>ROCKFORD, IL 61103-5501<br>Reported 07/21/2001 to 11/08/2009; 29 times by Update | *83 THORNHILL LN APT D<br>LAKE BARRINGTON, IL 60010-1996<br>Reported 01/06/1995 to 04/03/2004; 1 times by Update<br>*Does not match Inquiry |

| Best Employer | Other Employer | |
|---|---|---|
| CIA INC<br>Reported 07/29/1999 by Inquiry | STRICTLY TRIM<br>Reported 09/28/1998 by Inquiry | |

### Fraud Shield Summary

| Indicator(s) | Inquiry Address | On-file Address |
|---|---|---|
| INQUIRY/ONFILE CURRENT ADDRESS CONFLICT<br>INQUIRY ADDRESS: NON-RESIDENTIAL<br>CURRENT ADDRESS RPT BY NEW TRADE ONLY<br>ONFILE ADDRESS: NON-RESIDENTIAL<br>Input SSN Issued: 1978 - 1981<br>From 05/01/2010 Inquiry Count for SSN=4<br>From 06/01/2010 Inquiry Count for Address=3 | Type:Trade Contractor/Special Trade<br>AMERICA<br>977 INDIAN TER<br>ROCKFORD, IL 61103 | Type:Retail Trade Business<br>CABINET INSTALLERS OF<br>AMERICA IN<br>PO BOX 4003<br>ROCKFORD, IL 61110<br>815.963.3400 |

### Profile Summary

| | | | Delinquency Counter | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|---|---|---|
| Disputed Accounts: | 0 | | (Past 7 years) | 52 | 29 | 96 | 85 |

| Public Records: | 0 | Past Due Amount: | $307,107 | Total Inquiries: | 12 | Satisfactory Accts: | 31 |
|---|---|---|---|---|---|---|---|
| Installment Bal: | $15,919 | Monthly Pay: | $1,087 | Inquiries (last 6 mo): | 4 | Now Delinq/Derog: | 15 |
| Real Estate Bal: | $792,713 | Real Estate Pay: | $9,065* | Total Tradelines: | 62 | Was Delinq/Derog: | 6 |
| Revolving Bal: | $76,143 | Revolving Avail: | 0% | Paid Accounts: | 33 | Oldest Tradeline: | 11/13/1995 |

*Not all trades are included in this calculation

### Score Summary

| Risk Model | Score | Code | Score Factor Description |
|---|---|---|---|
| New National Risk Model<br>(Score range: 0 - 1000) | 944 | 04<br>16<br>08<br>34 | Number of credit inquiries<br>Number of recent delinquencies<br>Presence of non-satisfactory ratings on accounts or lack of open accounts<br>Delinquency on mortgage accounts |
| Experian/Fair, Isaac Risk Model V2<br>(Score range: 300 - 850) | 559 | 10<br>18<br>13<br>39 | Ratio of balance to limit on bank revolving or other rev accts too high<br>Number of accounts with delinquency<br>Time since delinquency is too recent or unknown<br>Serious delinquency |

### Trades

#### Mortgage Accounts

**AMERICAS SERVICING CO / 2697273 / FM - Mortgage Companies**

| Open Date | Original Amount | Charge Off | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|---|
| 03/25/2005 | $26,500 | $25,806 | 02/01/2010 | $2,964 | 06/06/2009 | | | 08/01/2010 | $25,806 |

| Account Condition: | Unpaid balance reported as loss | | Account #: | 1061100109720 |
|---|---|---|---|---|
| Payment Status: | 180 days past due | | Responsibility: | Individual |
| Account Type: | Second Mortgage | | Account Terms: | 180 Month |

| Payment History<br>(Up to 25 months) | Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec | Delinquency Counter<br>(Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|---|---|
| 2010 | 6 L L L L L L | | 4 | 1 | 5 | 7 |
| 2009 | C C C C 1 2 3 4 5 6 6 | Worst Delinquency: | | | | |
| 2008 | C C 1 C 1 | Worst Delinq Date: | | | | |
| | | Months Reviewed: 60 | | | | |

**CHASE / 9200910 / FM - Mortgage Companies**

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|
| 04/26/2006 | $97,500 | 06/01/2010 | $27,016 | 06/15/2008 | | | 06/10/2010 | |



| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|
| 05/10/2006 | $176,975 | 05/01/2010 | $30,604 | 06/13/2010 | $1,435 | | 07/31/2010 | $176,334 |

Account Condition: Foreclosure proceeding started
Payment Status: 180 days past due
Account Type: Conventional Real Estate Loan, Including Purchase Money First
Account #: 69176487
Responsibility: Individual
Account Terms: 30 Year

Payment History (Up to 25 months):

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | 6 | 6 | 6 | 6 | 6 | 6 | | | | | | |
| 2009 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| 2008 | | | | | | | | 1 | 2 | 2 | 3 | 4 |

Delinquency Counters (Past 7 years): 30: 4, 60: 3, 90+: 24, Derog: 3
Months Reviewed: 60

FORECLOSURE PROCEEDINGS STARTED

---

**BAC HOME LOANS SERVICI / 3991532 / BM - Bank - Mortgage Department**

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|
| 06/15/2006 | $97,850 | 05/01/2010 | $25,886 | 05/14/2010 | $763 | | 07/31/2010 | $103,734 |

Account Condition: Foreclosure proceeding started
Payment Status: 180 days past due
Account Type: Conventional Real Estate Loan, Including Purchase Money First
Account #: 101090632
Responsibility: Individual
Account Terms: 30 Year

Payment History:

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | 6 | 6 | 6 | 6 | 6 | 6 | | | | | | |
| 2009 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| 2008 | | | | | | | | 6 | 6 | 6 | 6 | 6 |

Delinquency Counters (Past 7 years): 30: 1, 60: 1, 90+: 31, Derog: 3
Months Reviewed: 60

FORECLOSURE PROCEEDINGS STARTED

---

**BAC HOME LOANS SERVICI / 3991532 / BM - Bank - Mortgage Department**

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|
| 11/30/2006 | $108,000 | 05/01/2010 | $51,978 | 06/13/2010 | $1,711 | | 07/31/2010 | $106,128 |

Account Condition: Foreclosure proceeding started
Payment Status: 180 days past due
Account Type: Conventional Real Estate Loan, Including Purchase Money First
Account #: 111489163
Responsibility: Individual
Account Terms: 30 Year

Payment History:

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | 6 | 6 | 6 | 6 | 6 | 6 | | | | | | |
| 2009 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| 2008 | | | | | | | | 6 | 6 | 6 | 6 | 6 |

Delinquency Counters (Past 7 years): 30: 1, 60: 1, 90+: 27, Derog: 6
Worst Delinquency: Foreclosure Proceedings Started, Deed in Lieu
Worst Delinq Date: 04/01/2008
Months Reviewed: 63

FORECLOSURE PROCEEDINGS STARTED

---

**GMAC MORTGAGE / 2903998 / FM - Mortgage Companies**

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|
| 03/30/2005 | $80,000 | 06/01/2010 | $17,012 | 05/27/2008 | $657 | | 08/30/2010 | $85,317 |

Account Condition: Foreclosure proceeding started
Payment Status: 180 days past due
Account Type: Conventional Real Estate Loan, Including Purchase Money First
Account #: 601230614
Responsibility: Individual
Account Terms: 30 Year

Payment History:

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | 6 | 6 | 6 | 6 | 6 | | | | | | | |
| 2009 | C | C | C | 1 | 2 | 3 | H | 5 | 6 | 6 | 6 | |
| 2008 | | | | | | | C | C | C | C | C | C |

Delinquency Counters (Past 7 years): 30: 3, 60: 1, 90+: 11, Derog: 2
Months Reviewed: 60

FORECLOSURE PROCEEDINGS STARTED

---

**BAC HOME LOANS SERVICI / 3991532 / BM - Bank - Mortgage Department**

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|
| 11/23/2006 | $96,850 | 06/01/2008 | $24,707 | 05/13/2010 | $1,234 | | 05/31/2010 | $112,886 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account Condition: | Foreclosure proceeding started | | | | | Account #: | 111489051 | | |
| Payment Status: | 180 days past due | | | | | Responsibility: | Individual | | |
| Account Type: | Conventional Real Estate Loan, Including Purchase Money First | | | | | Account Terms: | 30 Year | | |

Payment History (Up to 25 months):
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | 8 | 8 | 8 | 8 | 8 | | | | | | | |
| 2009 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| 2008 | | | 1 | 1 | 2 | 2 | 3 | 4 | 5 | 5 | | |

Delinquency Counter (Past 7 years): 30: 3 | 60: 3 | 90+: 16 | Derog: 8
Months Reviewed: 51

FORECLOSURE PROCEEDINGS STARTED

### AMERICAN HOME MTG SVCI / 1891271 / FM - Mortgage Companies

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|
| 03/25/2005 | $26,600 | 08/01/2005 | | 08/09/2005 | | | 08/09/2005 | |

| | | | | |
|---|---|---|---|---|
| Account Condition: | Transferred | Account #: | 6470015898323 | |
| Payment Status: | Current | Responsibility: | Individual | |
| Account Type: | Second Mortgage | Account Terms: | 360 Month | |

Payment History:
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | | | | | | | C | C | B | | | |

Delinquency Counter: 30: 0 | 60: 0 | 90+: 0 | Derog: 0
Months Reviewed: 3

TRANSFERRED TO ANOTHER LENDER

### AMERICAN HOME MTG SVCI / 1891271 / FM - Mortgage Companies

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|
| 03/25/2005 | $106,400 | 07/01/2005 | | 06/09/2005 | | | 07/05/2005 | |

| | | | | |
|---|---|---|---|---|
| Account Condition: | Transferred | Account #: | 6470015868315 | |
| Payment Status: | Current | Responsibility: | Individual | |
| Account Type: | Conventional Real Estate Loan, Including Purchase Money First | Account Terms: | 30 Year | |

Payment History:
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | | | | | | | C | B | | | | |

Delinquency Counter: 30: 0 | 60: 0 | 90+: 0 | Derog: 0
Months Reviewed: 2

TRANSFERRED TO ANOTHER LENDER

### BAC HOME LOANS SERVICI / 3991532 / BM - Bank - Mortgage Department

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|
| 08/01/2005 | $106,900 | 07/01/2006 | | | | | 07/03/2006 | |

| | | | | |
|---|---|---|---|---|
| Account Condition: | Paid/zero balance | Account #: | 101660400 | |
| Payment Status: | Current | Responsibility: | Individual | |
| Account Type: | Conventional Real Estate Loan, Including Purchase Money First | Account Terms: | 30 Year | |

Payment History:
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2006 | C | C | C | C | C | B | | | | | | |
| 2005 | | | | | | | C | C | C | C | C | C |

Delinquency Counter: 30: 0 | 60: 0 | 90+: 0 | Derog: 0
Months Reviewed: 13

Account closed at consumer's request

### GMAC MORTGAGE / 2653858 / FM - Mortgage Companies

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|
| 03/30/2005 | $96,000 | 11/01/2005 | | 11/08/2005 | | | 11/30/2005 | |

| | | | | |
|---|---|---|---|---|
| Account Condition: | Paid/zero balance | Account #: | 801230525 | |
| Payment Status: | Current | Responsibility: | Individual | |
| Account Type: | Conventional Real Estate Loan, Including Purchase Money First | Account Terms: | 30 Year | |

Payment History:
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | | | | | | | C | C | C | C | B | |

Delinquency Counter: 30: 0 | 60: 0 | 90+: 0 | Derog: 0
Months Reviewed: 6

### NW BANK RKFD / 2143787 / BB - All Banks - Non-Specific

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|
| 03/30/2005 | $85,200 | 07/01/2005 | | 06/16/2005 | | | 07/07/2005 | |

- Account Condition: Paid/zero balance
- Payment Status: Current
- Account Type: Conventional Real Estate Loan, Including Purchase Money First
- Account #: 1278
- Responsibility: Joint Account
- Account Terms: 25 Year

Payment History (Up to 25 months): Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec
2005:           C  C  B
2004:
2003:

| Delinquency Counter (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |

Worst Delinquency:
Worst Delinq Date:
Months Reviewed: 3

### NW BANK RKFD / 2143767 / BB - All Banks - Non-Specific

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|
| 03/30/2005 | $108,780 | 07/01/2005 | | 06/02/2005 | | | 07/07/2005 | |

- Account Condition: Paid/zero balance
- Payment Status: Current
- Account Type: Conventional Real Estate Loan, Including Purchase Money First
- Account #: 1279
- Responsibility: Joint Account
- Account Terms: 25 Year

Payment History: Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec
2005:           C  C  B
2004:
2003:

| Delinquency Counter | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |

Months Reviewed: 3

### GMAC MORTGAGE / 2003256 / FM - Mortgage Companies

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|
| 03/30/2005 | $91,500 | 05/01/2005 | | 05/31/2005 | | | 06/30/2005 | |

- Account Condition: Paid/zero balance
- Payment Status: Current
- Account Type: Conventional Real Estate Loan, Including Purchase Money First
- Account #: 601230819
- Responsibility: Individual
- Account Terms: 30 Year

Payment History: Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec
2005:           B
2004:
2003:

| Delinquency Counter | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |

Months Reviewed: 1

### NW BANK RKFD / 2143767 / BB - All Banks - Non-Specific

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|
| 03/30/2005 | $91,500 | 05/01/2005 | | 04/12/2005 | | | 05/09/2005 | |

- Account Condition:
- Payment Status: Paid/zero balance
- Account Type: Conventional Real Estate Loan, Including Purchase Money First
- Account #: 52966
- Responsibility: Joint Account
- Account Terms: 30 Year

Payment History: Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec
2005:           B
2004:
2003:

| Delinquency Counter | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |

Months Reviewed: 1

### NW BANK RKFD / 2143767 / BB - All Banks - Non-Specific

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|
| 03/30/2005 | $168,000 | 05/01/2005 | | 04/18/2005 | | | 05/09/2005 | |

- Account Condition:
- Payment Status: Paid/zero balance
- Account Type: Real Estate
- Account #: 52945
- Responsibility: Joint Account
- Account Terms: 30 Year

Payment History: Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec
2005:           B
2004:
2003:

| Delinquency Counter | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |

Months Reviewed: 1

### NW BANK RKFD / 2143767 / BB - All Banks - Non-Specific

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|
| 03/30/2005 | $80,000 | 05/01/2005 | | 04/13/2005 | | | 05/09/2005 | |

| Account # | 52884 |
|---|---|
| Responsibility | Joint Account |
| Account Terms | 30 Year |

Account Condition:
Payment Status: Paid/zero balance
Account Type: Conventional Real Estate Loan, Including Purchase Money First
Payment History (Up to 25 months):

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | | | | | | | B | | | | | |
| 2004 | | | | | | | | | | | | |
| 2003 | | | | | | | | | | | | |

Delinquency Counter (Past 7 years): 30: 0 | 60: 0 | 90+: 0 | Derog: 0
Worst Delinquency:
Worst Delinq Date:
Months Reviewed: 1

### NW BANK RKFD / 2143762 / BB - All Banks - Non-Specific

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|
| 03/30/2005 | $96,000 | 06/01/2005 | | 04/19/2005 | | | 05/09/2005 | |

| Account # | 52965 |
|---|---|
| Responsibility | Joint Account |
| Account Terms | 30 Year |

Account Condition:
Payment Status: Paid/zero balance
Account Type: Conventional Real Estate Loan, Including Purchase Money First
Payment History:

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | | | | | | | B | | | | | |
| 2004 | | | | | | | | | | | | |
| 2003 | | | | | | | | | | | | |

Delinquency Counter: 30: 0 | 60: 0 | 90+: 0 | Derog: 0
Months Reviewed: 1

### BAC HOME LOANS SERVICI / 3901532 / BM - Bank - Mortgage Department

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|
| 05/27/2001 | $72,000 | 07/01/2003 | | | | | 07/23/2003 | |

| Account # | 1948289 |
|---|---|
| Responsibility | Individual |
| Account Terms | 30 Year |

Account Condition:
Payment Status: Paid/zero balance
Account Type: Conventional Real Estate Loan, Including Purchase Money First
Payment History:

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | | | | | | | B | | | | | |
| 2002 | | | | | | | | | | | | |
| 2001 | | | | | | | | | | | | |

Delinquency Counter: 30: 0 | 60: 0 | 90+: 0 | Derog: 0
Months Reviewed: 1

### CHASE / 5500510 / FM - Mortgage Companies

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|
| 04/28/2006 | $75,000 | 01/01/2010 | $31,035 | 04/22/2010 | $1,251 | | 08/10/2010 | $75,861 |

Account Condition: Open
Payment Status: 180 days past due
Account Type: Conventional Real Estate Loan, Including Purchase Money First
Account #: 4950022894810
Responsibility: Individual
Account Terms: 30 Year
Payment History:

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | | | | | |
| 2009 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 2008 | | | | | | | | | C | C | 1 | 2 | 3 |

Delinquency Counter: 30: 1 | 60: 1 | 90+: 10 | Derog: 11
Months Reviewed: 51

PAYING UNDER A PARTIAL OR MODIFIED PAYMENT AGREEMENT

## Installment Accounts

### ALPINE BANK & TRUST CO / 2115730 / BB - All Banks - Non-Specific

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|
| 03/06/2006 | $29,940 | 05/01/2008 | | | | | 06/03/2008 | |

Account Condition:
Payment Status: 30 days past due 2 times
Account Type: Auto Loan
Account #: 9036632802
Responsibility: Individual
Account Terms: Unknown
Payment History:

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2008 | | | | | | | | | C | 1 | 1 | |
| 2007 | | | | | | | | | | | | |
| 2006 | | | | | | | | | | | | |

Delinquency Counter: 30: 2 | 60: 0 | 90+: 0 | Derog: 0
Months Reviewed: 3

### ALPINE BANK & TRUST CO / 2115730 / BB - All Banks - Non-Specific

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|







### CPU/CBSD / 1401600 / OC - Oil Company Credit Cards

| Open Date | Credit Limit | High Balance | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|---|
| 03/16/2005 | $300 | $403 | 04/01/2010 | | 04/04/2008 | | | 04/10/2010 | |

Account Condition: Paid/zero balance
Payment Status: Current
Account Type: Credit Card
Account #: 1717487847
Responsibility: Individual
Account Terms: Revolving

Payment History (Up to 25 months):

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | 0 | 0 | 0 | B | | | | | | | | |
| 2009 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2008 | | | C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

| Delinquency Counter (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |

Worst Delinquency:
Worst Delinq Date:
Months Reviewed: 61

ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST

### EXXMBLCITI / 1402250 / OC - Oil Company Credit Cards

| Open Date | Credit Limit | High Balance | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|---|
| 10/27/2004 | $500 | $322 | 03/01/2010 | | 02/25/2010 | | | 03/31/2010 | |

Account Condition: Paid/zero balance
Payment Status: Current
Account Type: Credit Card
Account #: 7302855852423091
Responsibility: Individual
Account Terms: Revolving

Payment History (Up to 25 months):

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | C | C | B | | | | | | | | | |
| 2009 | C | C | C | C | C | C | 0 | 0 | 0 | C | C | |
| 2008 | | | C | C | C | C | C | C | C | C | C | |

| Delinquency Counter (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |

Worst Delinquency:
Worst Delinq Date:
Months Reviewed: 38

ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST

### SHELLCITI / 1232910 / BC - Bank Credit Cards

| Open Date | Credit Limit | High Balance | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|---|
| 03/16/2005 | $750 | $347 | 07/01/2009 | | 10/17/2008 | | | 07/25/2009 | |

Account Condition: Paid/zero balance
Payment Status: Current
Account Type: Credit Card
Account #: 262324932
Responsibility: Individual
Account Terms: Revolving

Payment History (Up to 25 months):

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | 0 | 0 | 0 | 0 | 0 | 0 | B | | | | | |
| 2008 | C | C | C | C | C | C | C | C | C | 0 | 0 | |
| 2007 | | | | | | | C | C | 0 | C | C | C |

| Delinquency Counter (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |

Worst Delinquency:
Worst Delinq Date:
Months Reviewed: 53

ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST

### GEMB/LOWES DC / 1851602 / BC - Bank Credit Cards

| Open Date | Credit Limit | High Balance | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08/11/2003 | $500 | $688 | 04/01/2009 | | 02/16/2009 | | | 04/26/2009 | |

Account Condition: Paid/zero balance
Payment Status: Current
Account Type: Credit Card
Account #: 430598232259
Responsibility: Individual
Account Terms: Revolving

Payment History (Up to 25 months):

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | C | C | 0 | B | | | | | | | | |
| 2008 | C | C | C | 0 | C | C | C | C | C | C | | |
| 2007 | | | 0 | 0 | 0 | C | C | C | C | C | | |

| Delinquency Counter (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |

Worst Delinquency:
Worst Delinq Date:
Months Reviewed: 38

### HSBC BANK / 3340877 / BC - Bank Credit Cards

| Open Date | Credit Limit | High Balance | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|---|
| 03/29/2006 | $700 | $360 | 06/01/2006 | | 05/11/2006 | | | 05/31/2006 | |



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account Condition: | Paid/zero balance | | | | | Account #: | 5440455028779473 | | |
| Payment Status: | Current | | | | | Responsibility: | Individual | | |
| Account Type: | Credit Card | | | | | Account Terms: | Revolving | | |
| Payment History (Up to 25 months) | Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec | | | | | Delinquency Counter (Past 7 years) | 30: 0 | 60: 0 | 90+: 0 | Derog: 0 |
| | 2006 C C C C B | | | | | | | | |
| | 2005 C C C C C C C C | | | | | Worst Delinquency: | | | |
| | 2004 | | | | | Worst Delinq Date: | | | |
| | | | | | | Months Reviewed: 14 | | | |

Account closed at consumer's request.

**GEMB/WALMART / 1327500 / DV - Variety Stores**

| Open Date | Credit Limit | High Balance | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|---|
| 11/06/1999 | $750 | $0 | 09/01/2005 | | | | | 10/08/2005 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account Condition: | Paid/zero balance | | | | | Account #: | 603220336014 | | |
| Payment Status: | Current | | | | | Responsibility: | Individual | | |
| Account Type: | Revolving Charge Account | | | | | Account Terms: | Revolving | | |
| Payment History (Up to 25 months) | Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec | | | | | Delinquency Counter (Past 7 years) | 30: 0 | 60: 0 | 90+: 0 | Derog: 0 |
| | 2005 B C B C B C B C B | | | | | | | | |
| | 2004 B C B C B C B C B C | | | | | Worst Delinquency: | | | |
| | 2003 C B C | | | | | Worst Delinq Date: | | | |
| | | | | | | Months Reviewed: 72 | | | |

Account closed at consumer's request.

**CAP ONE / 1270268 / BC - Bank Credit Cards**

| Open Date | Credit Limit | High Balance | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|---|
| 04/29/2004 | UNK | $592 | 02/01/2005 | | 11/04/2004 | | | 02/08/2005 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account Condition: | Paid/zero balance | | | | | Account #: | 529107243225 | | |
| Payment Status: | Current | | | | | Responsibility: | Individual | | |
| Account Type: | Credit Card | | | | | Account Terms: | Revolving | | |
| Payment History (Up to 25 months) | Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec | | | | | Delinquency Counter (Past 7 years) | 30: 0 | 60: 0 | 90+: 0 | Derog: 0 |
| | 2005 C B | | | | | | | | |
| | 2004 C C C C C C C C | | | | | Worst Delinquency: | | | |
| | 2003 | | | | | Worst Delinq Date: | | | |
| | | | | | | Months Reviewed: 11 | | | |

Account closed at consumer's request.

**CHASE / 2152210 / BC - Bank Credit Cards**

| Open Date | Credit Limit | High Balance | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|---|
| 11/23/1999 | $2,900 | $2,903 | 07/01/2004 | | | | | 07/20/2004 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account Condition: | Paid/zero balance | | | | | Account #: | 403114600012 | | |
| Payment Status: | Current | | | | | Responsibility: | Individual | | |
| Account Type: | Credit Card | | | | | Account Terms: | Revolving | | |
| Payment History (Up to 25 months) | Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec | | | | | Delinquency Counter (Past 7 years) | 30: 0 | 60: 0 | 90+: 0 | Derog: 0 |
| | 2004 C C C C C B | | | | | | | | |
| | 2003 C C C C C C C C C C C | | | | | Worst Delinquency: | | | |
| | 2002 C C C C C C | | | | | Worst Delinq Date: | | | |
| | | | | | | Months Reviewed: 56 | | | |

**REAL TIME RESOLUTIONS / 1344860 / YF - Collection Department - Loan Company & Loan Finance**

| Open Date | Credit Limit | High Balance | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|---|
| 11/23/2005 | UNK | $37,029 | 07/01/2010 | $201 | 06/02/2010 | $99 | | 07/31/2010 | $37,029 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account Condition: | Open | | | | | Account #: | 111489067 | | |
| Payment Status: | 60 days past due | | | | | Responsibility: | Individual | | |
| Account Type: | Home Equity Line Of Credit | | | | | Account Terms: | Line Of Credit | | |
| Payment History (Up to 25 months) | Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec | | | | | Delinquency Counter (Past 7 years) | 30: 0 | 60: 1 | 90+: 0 | Derog: 0 |
| | 2010 2 | | | | | | | | |
| | 2009 | | | | | Worst Delinquency: | | | |
| | 2008 | | | | | Worst Delinq Date: | | | |
| | | | | | | Months Reviewed: 1 | | | |

**BAC HOME LOANS SERVICI / 3591632 / FM - Bank - Mortgage Department**

| Open Date | Credit Limit | High Balance | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|---|

| 10/24/2006 | $23,500 | $26,209 | 06/01/2010 | | 07/23/2010 | $68 | | 07/31/2010 | $25,534 |
|---|---|---|---|---|---|---|---|---|---|

| Account Condition: | Open | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Payment Status: | Current/was 180+ days past due | | | | Account #: | 111488819 | | | |
| Account Type: | Home Equity Line Of Credit | | | | Responsibility: | Individual | | | |
| | | | | | Account Terms: | Line Of Credit | | | |

Payment History (Up to 25 months)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | C | C | C | 1 | 2 | C | C | | | | | |
| 2009 | 1 | C | 1 | C | C | 1 | C | C | 1 | C | C | C |
| 2008 | | | | | | 6 | 6 | 6 | C | C | C | |

| Delinquency Counter (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 6 | 2 | 10 | 0 |

Worst Delinquency: 180 days delinquent
Worst Delinq Date: 06/01/2009
Months Reviewed: 65

CREDIT LINE SUSPENDED

CHASE-PIER / 1255A20 / 80 / Bank Credit Cards

| Open Date | Credit Limit | High Balance | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|---|
| 03/18/2004 | $850 | $427 | 08/01/2010 | | 05/02/2008 | $10 | | 08/22/2010 | $0 |

| Account Condition: | Open | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Payment Status: | Current | | | | Account #: | 588888413622 | | | |
| Account Type: | Credit Card | | | | Responsibility: | Individual | | | |
| | | | | | Account Terms: | Revolving | | | |

Payment History (Up to 25 months)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | C | C | C | C | C | C | C | | | | | |
| 2009 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2008 | | | | | | | | C | C | C | C | C |

| Delinquency Counter (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |

Months Reviewed: 78

CAP ONE / 1970345 / 80 / Bank Credit Cards

| Open Date | Credit Limit | High Balance | Status Date | Past Due | Last Paid Date | Scheduled Payment | Actual Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|---|
| 10/09/2002 | $2,400 | $2,398 | 08/01/2010 | | 07/23/2010 | $37 | | 08/06/2010 | $1,284 |

| Account Condition: | Open | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Payment Status: | Current | | | | Account #: | 517805288606 | | | |
| Account Type: | Credit Card | | | | Responsibility: | Individual | | | |
| | | | | | Account Terms: | Revolving | | | |

Payment History (Up to 25 months)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | C | C | C | C | C | C | C | | | | | |
| 2009 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2008 | | | | | | | | C | C | C | C | C |

| Delinquency Counter (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |

Months Reviewed: 83

### Inquiries

| Date | Subscriber | Amount | Type | Terms |
|---|---|---|---|---|
| 08/26/2010 | US BANK - SBA/1255230/All Banks -- Non-Specific | | Unknown - Credit Extension, Review, Or Collection | N/A |
| 05/26/2010 | REAL TIME RESOLUTIONS/1544690/Collection Department - Loan Company 5 Loan Finance | | Unknown - Credit Extension, Review, Or Collection | N/A |
| 05/12/2010 | US BANK - SBA/1255230/All Banks -- Non-Specific | | Unknown - Credit Extension, Review, Or Collection | N/A |
| 03/01/2010 | AMERICAS SERVICING CO/6603638/Mortgage Companies | | Real Estate Specific Type Unknown | N/A |
| 12/18/2009 | GMAC-RESCAP/1614800/Mortgage Companies | UNK | Real Estate Specific Type Unknown | N/A |
| 12/01/2009 | AMERICAS SERVICING CO/6603638/Mortgage Companies | | Real Estate Specific Type Unknown | N/A |
| 10/30/2009 | AMERICAS SERVICING CO/6603638/Mortgage Companies | | Real Estate Specific Type Unknown | N/A |
| 10/29/2009 | G C SERVICES/1993301/Other Collection Agencies | | Unknown - Credit Extension, Review, Or Collection | N/A |
| 09/07/2009 | UNITED RECOVERY SYSTEM/3990255/Other Collection Agencies | | Collection Department/Agency/Attorney | N/A |
| 09/03/2009 | AMERICAS SERVICING CO/6603638/Mortgage Companies | | Real Estate Specific Type Unknown | N/A |
| 01/08/2009 | CHASE/2130814/Collection Department - Bank 1 Bank | | Collection Department/Agency/Attorney | N/A |
| 12/03/2008 | CHASE/2130814/Collection Department - Bank 1 Bank | | Collection Department/Agency/Attorney | N/A |

END - - Experian

Experian
701 Experian Parkway
P.O. Box 2002
Allen, TX 75013-0036
(888) 397-3742
www.experian.com/reportaccess